# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2021

162657 & (22)(23)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

STEPHEN TELEHOWSKI,
      Plaintiff-Appellee,

v

CLAUDIA TELEHOWSKI,
      Defendant-Appellant.

SC: 162657
COA: 356066
Macomb CC: 2017-002186-DM

_____/

On order of the Court, the motion for immediate consideration of the motion for stay of trial court proceedings is GRANTED. The motion for stay is DENIED. The application for leave to appeal the January 27, 2021 order of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2021



Clerk

b0309